UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CRAIG L. BREWSTER and JEAN M. BREWSTER,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Court File No. 19-cv-00075-NEB-KMM<br><br>**RULE 7.1(f) COMPLIANCE CERTIFICATE** |

  The undersigned hereby certifies that, pursuant to Local Rule 7.1(f), Memorandum in Support of Motion for Leave to File an Amended Complaint contains 1,976 words, as determined through the word count feature of the Microsoft Office Word 2016 word processing software used to prepare the memorandum.  The word processing program has been applied specifically to include all text, including headings, footnotes, and quotations.  The memorandum was prepared in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

Dated:  July 15, 2019        Respectfully submitted,

                  s/Brittany N. Resch
                Daniel E. Gustafson (#202241)
                Amanda M. Williams (#341691)
                Brittany N. Resch (#397656)
                **GUSTAFSON GLUEK PLLC**
                Canadian Pacific Plaza
                120 South 6th Street, Suite 2600
                Minneapolis, MN 55402
                Telephone: (612) 333-8844
                Facsimile: (612) 339-6622
                dgustafson@gustafsongluek.com

awilliams@gustafsongluek.com
bresch@gustafsonguek.com

***Attorneys for Plaintiffs***