# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE MINUTE ENTRY

Craig L. Brewster, et al.,

                Plaintiff(s),

v.

United States,

                Defendant(s).

**COURT MINUTES**
BEFORE: Kate Menendez
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 19-cv-75-NEB-KMM |
| Date: | 9/3/20 |
| Location: | Telephonic |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:45 a.m. |
| Time in Court: | 15 Minutes |

APPEARANCES:

For Plaintiff:     Brittany N. Resch, Amanda M. Williams
For Defendant:  Adam J. Hoskins

The Court held a telephonic status conference. The Court will plan to continue with the settlement conference set for early November, although it will be held remotely, ideally by Zoom, rather than in-person. Counsel should get in touch if any issues arise ahead of the conference that may create barriers to effective negotiations.

                                  *s/Kathy Thobe*
                                  Judicial Assistant/Calendar Clerk