UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CRAIG L. BREWSTER and JEAN M. BREWSTER,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No.: 0:19-cv-00075-NEB-KMM<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorney, hereby notifies the Court and counsel that Daniel J. Nordin, of Gustafson Gluek PLLC, shall appear as counsel of record for Plaintiffs Craig L. Brewster and Jean M. Brewster, in this case.

Dated: April 14, 2021                                          Respectfully submitted,

                                                                               s/Daniel J. Nordin
Daniel E. Gustafson (#202241)
Amanda M. Williams (#0341691)
David A. Goodwin (#0386715)
Daniel J. Nordin (#0392393)
Brittany N. Resch (#0397656)
Mary M. Nikolai (#0400354)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
dgoodwin@gustafsongluek.com
dnordin@gustafsongluek.com
bresch@gustafsongluek.com

mnikolai@gustafsongluek.com

*Counsel for Plaintiffs*