UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-CV-00075 NEB-JFD

CRAIG L. BREWSTER, JEAN M. BREWSTER,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

**MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 56, Defendant United States of America, moves the Court for an order granting dismissal and summary judgment on all of Plaintiff's claims.

This motion is based on the Amended Complaint, declarations submitted contemporaneously herewith, and the entire record of proceedings herein. A memorandum of law and a proposed order are also submitted contemporaneously herewith.

Dated: February 18, 2022

CHARLES J. KOVATS, Jr.
Acting United States Attorney

*/s/ Adam J. Hoskins*

BY: ADAM J. HOSKINS
Assistant United States Attorney
Attorney ID Number 393157
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
adam.hoskins@usdoj.gov

Attorneys for Defendant