# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CRAIG L. BREWSTER, JEAN M. BREWSTER, | STATEMENT OF NO REDACTION |
| Plaintiffs, | |
| v. | Case Number: 20-cv-00075-NEB-JFD |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The United States of America, by and through Charles J. Kovats, Jr., Acting United States Attorney for the District of Minnesota, and Adam J. Hoskins, Assistant U.S. Attorney, hereby notifies this Court that redacted versions of Exhibits A, B, C, and E to the Hoskins Declaration, which have been filed under seal on CM/ECF as Docket No. 89, 90, 91, and 92 are impracticable to e-file because of the personal health information discussed throughout the Exhibits.

Dated:  February 18, 2022

CHARLES J. KOVATS, JR.
Acting United States Attorney

s/ Adam J. Hoskins

BY:  ADAM J. HOSKINS
Assistant United States Attorney
Attorney ID Number 393157
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600
adam.hoskins@usdoj.gov

Attorneys for Defendant