UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-CV-00075 NEB-JFD

CRAIG L. BREWSTER, JEAN M. BREWSTER,

      Plaintiffs,                                 **MEET AND CONFER STATEMENT**

v.

UNITED STATES OF AMERICA,

      Defendant.

Pursuant to Local Rule 7.1(a), undersigned counsel states that he has met and conferred with Plaintiffs' Counsel regarding Defendant's Motion to Dismiss and for Summary Judgment. After meeting and conferring, the parties do not agree on the resolution of any portion of the Motion to Dismiss and for Summary Judgment.

Dated: February 18, 2022                   CHARLES J. KOVATS, Jr.
                                                       Acting United States Attorney

                                                       */s/ Adam J. Hoskins*

                                                       BY: ADAM J. HOSKINS
                                                       Assistant United States Attorney
                                                       Attorney ID Number 393157
                                                       600 U.S. Courthouse
                                                       300 South Fourth Street
                                                       Minneapolis, MN 55415
                                                       (612) 664-5600
                                                       adam.hoskins@usdoj.gov

                                                       Attorneys for Defendant