UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-CV-00075 NEB-JFD

CRAIG L. BREWSTER, JEAN M. BREWSTER,

          Plaintiffs,                   **NOTICE OF HEARING**

   v.

UNITED STATES OF AMERICA,

          Defendant.

INTRODUCTORY TEXT

TO:   Plaintiffs Craig L. Brewster and Jean M. Brewster, and their attorneys, Catherine K. Smith, Mary M. Nikolai, Gustafson Gluek PLLC, 120 S. 6th St., Suite 2600, Minneapolis, MN 55402

      NOTICE IS HEREBY GIVEN that at 10:00 a.m. on Monday, June 6, 2022, before the Honorable Judge Nancy E. Brasel, presiding, Courtroom 13W, U.S. Courthouse, 300 S. 4th Street, Minneapolis, Minnesota, the Court will hold a hearing on Defendant's Motion to Dismiss and for Summary Judgment.

Dated: February 18, 2022          CHARLES J. KOVATS, Jr.
                                Acting United States Attorney

                                */s/ Adam J. Hoskins*

                                BY: ADAM J. HOSKINS
                                Assistant United States Attorney
                                Attorney ID Number 393157
                                600 U.S. Courthouse
                                300 South Fourth Street
                                Minneapolis, MN  55415
                                (612) 664-5600
                                adam.hoskins@usdoj.gov

                                Attorneys for Defendant